### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

LAURA SCHLEMAN,

    Plaintiff,

v.                                      Case No.   5:17-cv-90-Oc-34PRL

REGIONS BANK,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 9; Notice) filed on April 14, 2017.  In the Notice, Plaintiff requests dismissal of this matter with prejudice.  <u>See</u> Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 17th day of April, 2017.

*MARCIA MORALES HOWARD*
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record
Pro Se Parties